# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Flores-Nunez

                     Plaintiff,

v.

Dillon et al

                     Defendant

No.    08cv1881 W CAB

**FILED** DEC 1 1 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CP DEPUTY

REPORT OF CLERK OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low Numbered" Case No.    08cv601 H PCL

      Title:    Fernandez v. Morris et al

      Nature of Case:    42:1983 Prisoner Civil Rights

The above "low numbered" case and the present case appear

- __X__ (1) to arise from the same or substantially identical transactions, happenings or events; or
- __X__ (2) involve the same or substantially the same parties or property; or
- _____ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- __X__ (4) call for determination of the same or substantially identical questions of law; or
- __X__ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- __X__ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    08cv1881 H PCL

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                              **W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:    December 1, 2008    By: s/ C. Puttmann

                                                  (By) Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:    _Denied Per Chief Judge Gonzalez._ MLH

                                              Marilyn L. Huff
                                              United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge [Low Numbered Judge] and Magistrate Judge [Magistrate Judge] for all further proceedings.

DATED: _____

                                                Thomas J. Whelan
                                              United States District Judge