1  **DAVID J. ZUGMAN, State Bar No. 190818**
   **GARY P. BURCHAM, State Bar No. 190780**
2  **BURCHAM & ZUGMAN, A.P.C.**
   964 Fifth Avenue, Suite 300
3  San Diego, California  92101
   Telephone:  (619) 699-5931
4  Email: dzugman@gmail.com
   　　　 gburcham@sbcglobal.net
5
   **TERRY SINGLETON**, State Bar No. 58316
6  **GERALD SINGLETON**, State Bar No. 208783
   **SINGLETON & ASSOCIATES**
7  1950 Fifth Avenue #200
   San Diego, CA  92101
8  Telephone:  (619) 239-2196
   Facsimile:  (619) 702-5592
9  Email: terry@terrysingleton.com;
   　　　 geraldsingleton73@yahoo.com
10
   Attorneys for Plaintiff Brenda Flores-Nunez
11
                       UNITED STATES DISTRICT COURT
12
                       SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| BRENDA FLORES-NUNEZ, | Case No. 08CV1881-W (CAB) |
| Plaintiff, | |
| v. | **PLAINTIFF'S RULE 26(f) REPORT/ DISCOVERY PLAN** |
| CORBIN DILLON, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, and DOES 1-100, inclusive. | |
| Defendants. | |

Plaintiff Brenda Flores-Nunez, ("Plaintiff"), by and through her attorneys, David J. Zugman, Gary P. Burcham, Terry Singleton, and Gerald Singleton, hereby submits her separate Rule 26(f) report. Defendants County of Imperial and Harold Carter submitted their Rule 26(f) report on March 30, 2009. Because Plaintiff wanted to wait to suggest discovery dates until after a telephonic conference as to all

1

**Plaintiff's Rule 26(f) Report0**
*Flores  v. County of Imperial, et al*
*08CV1881-W (CAB).*

parties which was set to occur September 30, 2009, but actually occurred on April 1, 2009 because of the unavailability of one of Plaintiff's counsel, she now files her Rule 26(f) discovery plan.

**A.      Current Status of Discovery in Flores and Fernandez Cases**

Both parties submitted their initial disclosures in this case on March 30, 2009. No other formal discovery has occurred in this case; however, in the Fernandez case, depositions of eight Imperial County employees and defendant Morris have been set for dates in April and one correctional officer has been set for early May. One of these depositions is of Defendant Dillon, which will occur on April 13th. Additionally, now that this Court has issued its Protective Order in the Fernandez case, Defendants will disclose the substantial amount of discovery that has been awaiting this order to Plaintiff within the next few days.

Substantial written discovery has been requested of Defendants in the Fernandez case which will be applicable in this case. For example, Plaintiff has requested not only the personnel file of James Morris, but also of Corbin Dillon and CO Lasaro as well. In addition, specific investigations and documents have been requested in the Fernandez case regarding the allegations of Plaintiff Flores against Defendant Dillon. Finally, all of the voluminous departmental documents obtained in the Fernandez are equally applicable in this action.

**B.      Suggested Discovery Plan**

Plaintiff believes that court and party efficiencies require that all discovery in this case commence immediately. As this Court is aware, many of the factual and legal issues that are present in this case are also present in the Fernandez matter. Both actions have the same *Monell* claims which require similar proof. A majority of the witnesses are relevant to both cases, and the settlement conferences this Court will hold in Fernandez will also pertain to this matter. In fact, counsel for Defendant Dillon, Ryan Childers, has been added to the service list on the Fernandez case and is planning to attend the depositions that have been set in that case.

Given the similarities and significant overlap between these cases, Plaintiff believes that it would be the best use of the parties' resources, as well as this Court's resources, if discovery in the instant case

2

**Plaintiff's Rule 26(f) Report0**
*Flores v. County of Imperial, et al*
*08CV1881-W (CAB).*

occurs in tandem with the discovery in the Fernandez case. If this Court believes that tandem discovery is not warranted, she would move for all discovery in this case to begin on May 1, 2009.

Dated: April 1, 2009

By: /s/ Gary P. Burcham
Gary P. Burcham
Attorney for Plaintiff

**Plaintiff's Rule 26(f) Report0**
*Flores v. County of Imperial, et al*
*08CV1881-W (CAB).*
3

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FLORES-NUNEZ, ) | U.S.D.C. No. 08CV1881-W (CAB) |
| ) | |
|     Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| CORBIN DILLON, et al. ) | |
| ) | |
|     Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Plaintiff's Rule 26 Report on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her:

J. Scott Tiedemann, Esq.
Juidth Islas, Esq.
Jesse Maddox, Esq.
Liebert Cassidy Whitmore
6033 West Century Blvd, Suite 500
Los Angeles, CA 90045

Ryan Childers, Esq.
Law Office of Ryan D. Childers
1450 Broadway, Suite 4
El Centro, CA 92243

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2009.

                                                      /s/ Gary P. Burcham
                                                    Gary P. Burcham

4

**Plaintiff's Rule 26(f) Report0**
*Flores v. County of Imperial, et al*
*08CV1881-W (CAB).*