**RYAN D. CHILDERS (SBN 232565)**
1450 Broadway, Suite 4
El Centro, CA 92243
Telephone: (760) 353-3484
Facsimile: (760) 370-0113
Email: rdchilders@rdchilderslaw.com

Attorneys for Defendant Corbin Dillon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIAL

| | |
|---|---|
| BRENDA FLORES-NUNEZ, ) | Case No.: 08cv1881 W (CAB) |
| Plaintiff, ) | **RULE 26(f) REPORT OF DEFENDANT CORBIN DILLON** |
| vs. ) | |
| CORBIN DILLON; HAROLD CARTER; RAYMOND LOERA; COUNTY OF IMPERIAL; AND DOES 1-100, INCLUSIVE, ) | |
| Defendants. ) | |

TO PLAINTIFF AND HER ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT Defendant CORBIN DILLON (hereinafter "Defendant") submits his separate Rule 26(f) Report. This Rule 26(f) report follows the Parties' Conference of counsel, pursuant to Federal Rule of Civil Procedure 16 and 26(f).

I.   **Short Factual Summary of the Case**

Plaintiff's claim arises from alleged misconduct by Defendant and is brought under U.S. 42 U.S.C. 1983. Plaintiff alleges that Defendant extorted sexual favors from Plaintiff by promising to help Defendant secure her release from custody in exchange for sexual favors. At the time of this occurrence, Plaintiff was under the influence of illicit drugs which clearly affected her ability to perceive or recall this alleged event.

The County of Imperial has completed an Internal Affairs investigation, as well as a

criminal investigation, and pursuant to the findings of these exhaustive investigations, Defendant has been fully exonerated of all alleged misconduct.

## II.  Short Synopsis of Defenses

In short, Defendant's defense rests upon the fact that he did not engage in the alleged misconduct. In addition, the defendant relies upon the numerous affirmative defenses pled in his Answer to Plaintiff's Complaint filed on January 20, 2009.

## III.  Settlement Discussions

An Early Neutral Evaluation Conference was conducted, wherein settlement was discussed. The case remains unresolved.

## IV.  Discovery Plan

| Event | Proposed Date |
| --- | --- |
| Initial Disclosures | March 30, 2009 |
| Written Discovery | Serve by May 15, 2009 |
| Depositions | Commence on July 15, 2009 |

DATED: April 2, 2009                                   LAW OFFICE OF RYAN D. CHILDERS


By:    /s/ Ryan D. Childers
       RYAN D. CHILDERS
       Attorney for Defendant,
       Corbin Dillon

RULE 26(f) REPORT OF DEFENDANT CORBIN DILLON - 2

## PROOF OF SERVICE BY MAIL

I am a citizen of the Untied States and employed in Imperial County, California. I am over the age of eighteen and not a party to the within-titled action. My business address is 1450 Broadway, Suite 4, El Centro, California 92243. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 2, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**RULE 26(f) REPORT OF DEFENDANT CORBIN DILLON**

in a sealed envelope, postage fully paid, addressed as follows:

| David J. Zugman              | Terry Singleton           | J. Scott Tiedemann        |
| Burcham & Zugman, APC        | Gerald Singleton          | Judith S. Islas           |
| 964 Fifth Ave., Suite 300    | Singleton & Associates    | Jesse J. Maddox           |
| San Diego, CA 92101          | 1950 Fifth Ave., #200     | Liebert Cassidy Whitmore  |
|                              | San Diego, CA 92101       | 5701 N. West Ave.         |
|                              |                           | Fresno, CA 93711          |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

**All counsel were also served electronically by the Court's CM/ECF System.**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2009, at El Centro, California

_____
Jeffrey S. Eggleston

RULE 26(f) REPORT OF DEFENDANT CORBIN DILLON - 3