UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FLORES-NUNEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CORBIN DILLON, et al.,<br><br>　　　　　　　　　　　Defendants. | Civil No.   08cv1881 W (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties contacted the Court on May 29, 2009, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **July 10, 2009**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before July 10, 2009, then a Settlement Disposition Conference shall be held on **July 13, 2009**, at **9:30 a.m.** before Judge Bencivengo.  The conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

<u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before July 10, 2009, the Settlement Disposition Conference shall be vacated.

**IT IS SO ORDERED**.

DATED: May 29, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge