**DAVID J. ZUGMAN,** State Bar No. 190818
**GARY P. BURCHAM,** State Bar No. 190780
**BURCHAM & ZUGMAN, A.P.C.**
964 Fifth Avenue, Suite 300
San Diego, California 92101
Telephone: (619) 699-5931
Email: dzugman@gmail.com
       gburcham@sbcglobal.net

**TERRY SINGLETON**, State Bar No. 58316
**GERALD SINGLETON**, State Bar No. 208783
**SINGLETON & ASSOCIATES**
1950 Fifth Avenue #200
San Diego, CA 92101
Telephone: (619) 239-2196
Facsimile: (619) 702-5592
Email: terry@terrysingleton.com
      geraldsingleton73@yahoo.com

Attorneys for Plaintiff Brenda Flores-Nunez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FLORES-NUNEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORBIN DILLON, ) <br> HAROLD CARTER, ) <br> RAYMOND LOERA, ) <br> COUNTY OF IMPERIAL, ) <br> and DOES 1-100, inclusive. ) <br> ) <br> Defendants. ) <br> _____) | Case No. 08CV1881-W (CAB) <br><br> **JOINT MOTION TO DISMISS CASE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

    In light of the settlement of this case and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff, Brenda Flores-Nunez, and Defendants Corbin Dillon, County of Imperial, Harold Carter, and Raymond Loera, by and through their respective counsel, hereby jointly move to dismiss this case with prejudice as to all defendants.

//

//

<b>Joint Motion To Dismiss Case</b><br><i>Flores-Nunez v. Dillon, et al.</i><br><i>08CV1881-W (CAB)).</i>

1

```
                                        Burcham & Zugman, A.P.C.


Dated: July 6, 2009                     By:  /s/ Gary Burcham
                                        Gary P. Burcham, Esq.
                                        Attorney for Brenda Flores-Nunez


                                        Law Office of Ryan D. Childers



Dated: July 6, 2009                     By:  /s/ Ryan D. Childers
                                        Ryan D. Childers, Esq.
                                        Attorney for Corbin Dillon



                                        Liebert Cassidy Whitmore



Dated: July 6, 2009                     By:  /s/ Scott Tiedemann
                                        J. Scott Tiedemann, Esq.
                                        Judith Islas, Esq.
                                        Attorneys for Defendants County of
                                        Imperial, Raymond Loera, Harold Carter
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA FLORES-NUNEZ, | ) | U.S.D.C. No. 08CV1881-W (CAB) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| CORBIN DILLON, et al. | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Joint Motion to Dismiss Case on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her:

J. Scott Tiedemann, Esq.
Juidth Islas, Esq.
Jesse Maddox, Esq.
Liebert Cassidy Whitmore
6033 West Century Blvd, Suite 500
Los Angeles, CA 90045

Ryan Childers, Esq.
Law Offices of Ryan Childers
1450 Broadway, Suite 4
El Centro, CA 92243

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2009.

      /s/ Gary P. Burcham
Gary P. Burcham