FILED

09 JUL -7 PM 2:57

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FLORES-NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>CORBIN DILLON,<br>HAROLD CARTER,<br>RAYMOND LOERA,<br>COUNTY OF IMPERIAL,<br>and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 08CV1881-W (CAB)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AS TO ALL DEFENDANTS PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

In light of the joint motion to dismiss this case pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) filed on behalf of all parties, it is ORDERED that this case is dismissed with prejudice as to all defendants.

Dated: 7/6/09

_____
HON. THOMAS J. WHELAN
United States District Judge